UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE: §
DeARBOR, LLC § CASE NO. BK 14-70576-BGC11
aka Cedar Oak Memorial Park §
aka Cullman Memory Garden §
aka Resthaven Memorial Gardens §
aka Pineland Memorial Park §
aka DeArbor1, LLC § CHAPTER 11
aka Resthaven Funeral Home §
 §
DEBTOR. §

## LIST OF CREDITORS

COMES NOW, Robert A. Morgan, as Chapter 11 Trustee (the "Chapter 11 Trustee" or "Trustee") for DeArbor, LLC (the "Debtor"), and pursuant to the Court's Order dated August 22, 2014 (Doc No. 64) provides the following List of Creditors:

| | | |
|---|---|---|
| ADT<br>PO Box 371878<br>Pittsburg, PA 15250-7878 | Aeon Manufacturing Co, Inc.<br>929 W 25 3rd Street<br>Harbor City, CA 90710 | Alabama DOR<br>ADOR Legal Division<br>P.O. Box 32001<br>Montgomery, AL 36132-0001 |
| Alabama Power<br>915 Queen City Ave<br>Tuscaloosa, AL 35401 | Alabama Wilbert<br>416 Rose Road<br>Albertville, AL 35950 | Alagasco<br>PO Box 2224<br>Birmingham, AL 35246-0022 |
| American Bronze Craft, Inc.<br>1211 North First Street<br>Judsonia, AR 72081 | American Funeral Supply, Inc.<br>100 S. Milwaukee Avenue<br>Vernon hills, IL 60061-4305 | American Hotel Register Co<br>PO Box 71299<br>Chicago, IL 60694-1299 |
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T U-verse<br>444 Hwy 96 East<br>PO Box 64794<br>St. Paul, MN 55164-0794 | Bayco Memorials<br>PO Box 159<br>Elberton, GA 30635 |
| Bibb County Judge of Probate<br>8 Court Square West, Ste A<br>Centreville, AL 35042 | Biehl & Biehl, Inc<br>325 E. Fullerton Ave<br>Carol Stream, Il 60188<br>PO Box 87410 | CACHE Private Capital<br>Diversified Fund, LLC<br>c/o Jarom B. Miller, Esq<br>126 West Sego Lily Drive,<br>Suite 270<br>Sandy, UT 84070 |

| | | |
|---|---|---|
| Carmichael & Mitchell<br>c/o Sarah Outlaw<br>2205 4th Street, Suite 21<br>Tuscaloosa, AL 35401 | Chambers County Revenue<br>Commissioner<br>Ad Valorem Taxes<br>2 Lafayette Street, Suite A<br>Lafayette, AL 35862 | City of Centreville<br>1270 Walnut Street<br>Centreville, AL 35042 |
| City of Tuscaloosa Water<br>PO Box 2090<br>Tuscaloosa, AL 35403-2090 | City of Tuscaloosa Revenue<br>2201 University Boulevard<br>Tuscaloosa, AL 35401 | Cold Spring Memorial<br>Cold Sprint Granite Co.<br>17482 Granite West Rd<br>Cold Spring, MN 56320-4578 |
| COMCAST<br>1131 Whigham Place<br>Tuscaloosa, AL 35405-3669 | Cullman County<br>Judge of Probate<br>PO Box 970<br>Cullman, AL 35056 | Cullman Power Board<br>106 2nd Ave NE<br>PO Box 927<br>Cullman, AL 35055-2904 |
| Cullman Power Board<br>106 2nd Ave NE<br>PO Box 927<br>Cullman, AL 35055-2904 | David Lanier<br>244 Salem Road<br>LaGrange, GA 30241 | Dodge City Excavating, LLC<br>640 County Road 121<br>Cullman, AL 35057 |
| Doric-South, Inc<br>P. O. Drawer 1046<br>1410 West Jackson St<br>Demopolis, AL 36732 | Duffy's Termite & Pest<br>Control<br>PO Box 295<br>Valley, AL 36854-0295 | Enneper, Connie<br>P. O. Box 10003<br>Green Bay, WI 54307 |
| Enneper, Jim<br>P. O. Box 10003<br>Green Bay, WI 54307 | Everlasting Granite<br>C/o Vericore<br>120 West Causeway Approach<br>Mandeville, LA 70471 | Fayette Vault Co<br>646 17th St SW<br>Fayette, AL 35555 |
| Floral Expressions<br>79 Trammell Block<br>Valley, AL 36854 | Florida DOR<br>Florida Dept of Revenue<br>Office of General Counsel<br>2450 Shumand Oak Blvd.<br>Tallahassee, FL 32399 | Flowers For Cemeteries, Inc<br>d/b/a Ruby's Silk Flowers<br>Po Box 1533<br>Marietta, GA 30061 |
| Ford Motor Credit<br>P O Box 542000<br>Omaha, NE 68154-8000 | Foster Grave Service, LLC<br>Mark Foster<br>PO Box 166<br>Greenpond, AL 35074 | Fowler's Heating & Cooling,<br>LLC<br>9 Highridge Circle<br>Tuscaloosa, AL 35405 |
| Frazer Ins. Group<br>PO Box 1<br>Selma, AL 36702 | General Merchant Capital<br>815 Greenwood Ave, Ste 21<br>Jenkintown, PA 19046 | Huguley Water Sewer & Fire<br>PO Box 426<br>Lanett, AL 36863-0426 |

Case No. BK 14-70576-BGC11
Page No. 2

| | | |
|---|---|---|
| Integrity Payments Systems, Inc.<br>1700 E Higgins Rd Ste 690<br>Des Plaines, IL 60018 | IRS<br>Centralized Insolvency Operation P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JCE Companies, LLC<br>N6479 Lake Drive<br>Cecil, WI 54111<br>PO Box 10003<br>GreenBay, WI 54307 |
| Johnson & Johnson Prefered Financing, Inc.<br>200 Wingo Way, Suite 200<br>Mt. Pleasant, SC<br>PO Box 26009<br>Greensboro, NC 27420 | Kirkland's Lawn Care<br>1874 Quail Hollow<br>Auburn, AL 36830 | KNOLOGY Inc,<br>DBA "WOW"<br>c/o Credit Management<br>PO Box 118288<br>Carrollton, TX 75011-8288 |
| L and E Distributors<br>Callaway Blue Springs Water<br>312 Kimbrough Road<br>LaGrange, GA 30240 | LOYS Office Supplies, Inc.<br>PO Box 1546<br>LaGrange, GA 30241-1546 | Matthews International<br>1315 West Liberty Ave<br>Pittsburgh, PA 15226-1097 |
| Merchant Cash & Capital, LLC<br>460 Park Ave. South<br>10th Floor<br>New York, NY 10016 | Merchant Services Recovery Dept<br>PO Box 9599<br>Knoxville, TN 37940-0599 | New Logic Business Loans<br>300 Ledgewood Place<br>Suite 301<br>Rockland, MA 02370 |
| Personnel Concepts<br>3200 East Gvasti Road<br>Suite 300<br>Ontario, CA 91761 | Qantum of Auburn, LLC<br>915 Veterans Parkway<br>Opelika, AL 36801 | Rainbow Maintenance Service<br>PO Box 146<br>Centreville, AL 35042 |
| Raymond J. Hawthorne<br>Attorney at law<br>2808 Chestnut Street<br>Montgomery, AL 36107 | Richard Electric Co.<br>PO Box 157<br>Culman, AL 35056-0157 | Roguemore's Key & Safe<br>1004 South 8th Street<br>Lanett, AL 36863 |
| Social Security Admin.<br>Office of General Counsel<br>Atlanta Federal Center<br>Suite 20T45 61 Forsyth St<br>Atlanta, GA 30303 | Speedskil Cooling & Heating<br>PO Box 325<br>Lanette, AL 36863 | State Auto Ins. Co<br>The Frazer Group<br>PO Box 1<br>Selma, AL 36702 |
| Stericycle<br>4010 Commercial Ave<br>Northbrook, IL 60062 | Stone Bridge Farm<br>157 County Road 717<br>Cullman, AL 35055 | Szabo Assoc.<br>3355 Lenox Road NE<br>Suite 945<br>Atlanta, GA 30326-1332 |

Case No. BK 14-70576-BGC11
Page No. 3

| | | |
|---|---|---|
| T & J Vault Services<br>Lucious Thomas, Jr.<br>6932 Johnson Road<br>Tuscaloosa, AL 35401 | Tallapoosa River Electric<br>Cooperative<br>PO Box 675<br>LaFayette, AL 36862 | Thacker Caskets<br>c/o Cloud & Willis<br>201 Beacon Parkway, Ste 400<br>Birmingham, AL 35209 |
| The Tuscaloosa News<br>PO Box 20587<br>Tuscaloosa, AL 35402 | The Valley Times-News<br>P O Box 850<br>220 North 12th Street<br>Lannett, AL 36863-0850 | U.S. Dept of labor Bureau of<br>Labor Statistics<br>Postal Square Bldg, Ste 4840<br>2 Massachussetts Ave NE<br>Washington, DC 20212-001 |
| Thompson Tractor<br>3550 Joe Mallisham Pky<br>Tuscaloosa, AL 35401 | Tukios, Inc<br>1843 W. 4000 S Suite B<br>Roy, UT 84067 | |
| U.S. Yellow Pages<br>PO Box 41308<br>Jacksonville, FL 32203-1308 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 | Veterans Monument Co, Inc<br>2115 Highway 45 N<br>Columbus, MS 39705 |
| Waste Management<br>P O Box 2708<br>Tuscaloosa, AL 35403 | Waste Management<br>2810 Day Street<br>Montgomery, AL 36108 | Wise's Cemetary Service, Inc.<br>276 Echols Road<br>Gardendale, AL 35071 |
| World Business Lenders<br>c/o Cloud & Tidwell 201<br>Beacon Parkway W, Suite 400<br>Birmingham AL, 35209 | WRLA<br>PO Box 1311<br>600 North Cherry Drive<br>Lanett, AL 36863 | CAN Capital<br>2015 Vaughn Road NW<br>Building 500<br>Kennesaw, GA 30144 |

Cache Private Capital Diversified
Fund, LLC
c/o J. Evans Bailey
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Al 36101-0270

Respectfully submitted this 26th day of August, 2014.

/s/ Jerry C. Oldshue, Jr.
Jerry C. Oldshue (OLDSJ-6398)
Attorney for Robert Morgan, Chapter 11 Trustee

OF COUNSEL
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway
Post Office Box 2727, Suite 200
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000
*File No. 52896.018*

Case No. BK 14-70576-BGC11
Page No. 4