3/2/19

To whom it may concern:

George and Wanda King object to the decisions made in the case of Cedar Oak Memorial Park; Case No. 14-70576-JHH and Case No BK 14-70576 JHH11. We have not recieved satisfaction on the work to be done or the monies we paid for opening and closing of the (2) two grave spaces we purchased from Cedar Oak Memorial Park.

We are requesting to recieve a Notice Request on the cases. We are also requesting a settlement of the monies we paid or a settlement that at the time these spaces are needed the work for opening and closing be done.

You may send notices to George and Wanda King
5400 3rd Ct. East
Tuscaloosa Ala. 35405

Notice Request for cases
BK 14-70576 JHH11 and 14-70576-JHH

3/2/19

To whom it may concern:

George and Wanda King object to the decisions made in the case of Cedar Oak Memorial Park; Case No. 14-70576-JHH and Case No BK 14-70576 JHH11. We have not recieved satisfaction on the work to be done or the monies we paid for opening and closing of the (2) two grave spaces we purchased from Cedar Oak Memorial Park.

We are requesting to recieve a Notice Request on the cases. We are also requesting a settlement of the monies we paid or a settlement that at the time these spaces are needed the work for opening and closing be done.

You may send notices to George and Wand King
5400 3rd Ct. East
Tuscaloose Ala. 35405

Notice Request for cases
BK 14-70576 JHH11 and 14-70576-JHH

3/2/19

To whom it may concern:

George and Wanda King object to the decisions made in the case of Cedar Oak Memorial Park; Case No. 14-70576-JHH and Case No BK 14-70576 JHH11. We have not recieved satisfaction on the work to be done or the monies we paid for opening and closing of the (2) two grave spaces we purchased from Cedar Oak Memorial Park.

We are requesting to recieve a Notice Request on the cases. We are also requesting a settlement of the monies we paid or a settlement that at the time these spaces are needed the work for opening and closing be done.

You may send notices to
George and Wand King
5400 3rd Ct. East
Tuscaloose Ala. 35405

Notice Request for cases
BK 14-70576 JHH11 and 14 70576-JHH