## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA, WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **DEARBOR, LLC,** | ) | **Case No. 14-70576-JHH** |
| | ) | |
| Debtor, | ) | **Chapter 11** |

### NOTICE OF OBJECTION AND REQUEST FOR HEARING

**COMES NOW** LaSonya M. Wright (hereinafter "The LaSonya M. Wright"), of 2003-58th Street E, Tuscaloosa, Alabama 35405, pro se, and hereby files and Objection to this Court's Order dismissing this Chapter 11 case and approving compensation on a final basis, and furthermore requests that a hearing be set in this matter. As grounds therefore, LaSonya M. Wright aver the following:

1. LaSonya M. Wright purchased two burial plots at Cedar Oak Memorial Park, a property of DeArbor, LLC.

2. Subsequently to purchasing the burial plots, LaSonya M. Wright also paid for the opening and closing of each burial plot.

3. DeArbor, LLC filed an involuntary Chapter 11 bankruptcy petition with this Court, which was granted on May 15, 2014.

4. As a part of the bankruptcy settlement, LaSonya M. Wright were allowed to keep the burial plots that she had purchased at Cedar Oak Memorial Park. However, the LaSonya M. Wright is being required to pay for the opening and closing of each burial plot again when she have already done so previously.

5. Due to the fact that LaSonya M. Wright have already paid for opening and closing of her burial plots, LaSonya M. Wright request that the cost of opening and closing the burial plots again be included in the Final Report to prevent her from having to cover those costs again.

WHEREFORE, LaSonya M. Wright object to this dismissal and request a hearing in this matter.

**RESPECTFULLY** submitted this 2nd day of April, 2019.

/s/ LaSonya M. Wright

*LaSonya M Wright*

LaSonya M. Wright, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on April 2nd , 2019, a copy of the foregoing document will be served by hand delivery to the Clerk of the Court, who will then send a notification of this filing to the following:

DeArbor, LLC
1401 Mimosa Park Road
Tuscaloosa, Alabama 35405

/s/ LaSonya M. Wright

LaSonya M. Wright, Pro Se
2003-58th Street e
Tuscaloosa, Alabama 35405