# THE ANDERSON LAW FIRM, L.L.C.
## ATTORNEYS AND COUNSELORS

CHARLES L. ANDERSON+
J. MATTHEW WILLIAMS-*
BENJAMIN H. FARROW+**=
ROSEMARI CLAIBON HOPSON+
JOHN W. CHARLES, III+
LAWANDA D. ROSS+
AARON E. BERN-
STEPHEN LAST+

ZORA E. FRITH**
ELDON R. MEEKS**
DONOVAN F. MITCHELL*
DANIEL JUNKIN**

OF COUNSEL

DAVID WESTON-
ROBERT J. RUSSELL, JR.+
HORACE EARL (CHIP) NIX, JR.+

+admitted in Alabama
*admitted in Florida
**admitted in Mississippi
=admitted in Louisiana

ALABAMA OFFICE

7515 HALCYON POINTE DRIVE
MONTGOMERY, AL 36117
Email: aldocs@theandersonlawfirm.com
Firm Tel (334) 272-9880
Toll Free Tel (800) 443-3444
Fax: (334) 279-2084

MISSISSIPPI OFFICE

210 E. CAPITOL STREET, SUITE 954
JACKSON, MS 39201
Email: msdocs@theandersonlawfirm.com
Firm Tel (601) 364-1799
Toll Free Tel (800) 640-0940
Fax (601) 982-5309

March 25, 2019

Cedar Oak Memorial Park
Attn: Larry Davis, Manager
PO Box 5824
Tuscaloosa, AL 35505

  Re: Certificate No. 400044
     Contract Agreement No.: 000107
     Our File No.: 287891

Dear Mr. Davis

  This letter is on behalf of our clients, Mr. and Mrs. Willie and Juanita Rice. Specifically, Mr. Rice contacted our office regarding the enclosed contract purchasing burial plots, vaults and additional personal affects. According to Mr. Rice, those items are not being honored according to the contract and for the items they have paid for in full. We are requesting that the items that were purchased by Mr. and Mrs. Rice be honored to avoid a possible court action in a court of proper jurisdiction. Additionally, Mr. Rice has been advised that the Chapter 11 bankruptcy filing has been dismissed by the bankruptcy trustee, and therefore, your company may be subject to litigation.

  Please remit your response directly to my office for review. We look forward to resolving this matter amicably. Thank you for our prompt attention to this matter.

                Sincerely,

                LaWanda D. Ross

LDR/jc

  c: Mr. and Mrs. Willie Rice

3   276
    CEDAR OAK MEMORIAL PARK      **PRENEED COUNSELOR SALES RECEIPT**
    P O. BOX 70126                                                276    No.0000009
    TUSCALOOSA        AL   35407
    205-345-1339
                                                                DATE 9/29/97
    RECEIVED FROM _Mr. + Mrs. Willie L. Rice_
                              Name of Purchaser
    THE AMOUNT OF _Fourteen Hundred + Eighty_ Dollars  ($ _1480_ )

    AS: DOWN PAYMENT ☒         PAYMENT IN FULL ☒        REGULAR PAYMENT ☐
        CASH ☒                 CHECK ☒                  VISA/MASTER CHARGE ☐

    FOR THE PURCHASE OF INTERMENT RIGHTS AND/OR MERCHANDISE AND SERVICES FROM THE ABOVE NAMED CEMETERY.

    RECEIVED BY CEMETERY                    SALES COUNSELOR
    DATE _9/29/97_  BY _Counselor_  NAME _Mattie Davis_
    FORM: 350

# CEDAR OAK MEMORIAL PARK
P.O. Box 70126 • Tuscaloosa, AL 35407 • (205) 348-1339

N: 000107

## CEMETERY INTERMENT RIGHTS, MERCHANDISE AND SERVICES PURCHASE/SECURITY AGREEMENT
### THIS AGREEMENT PROVIDES FOR ENDOWMENT CARE

276—

This Agreement, made this **29** day of **September**, 19 **97**, by and between the undersigned "Seller" and **Mr. + Mrs. Willie L. + Juanita R. Rice** hereinafter called the "Purchaser"
Address **4351 - 27th Place    Tuscaloosa    AL    35401**
Residence Telephone No. (**205**) **758 7674**    Day Telephone No. (**205**) **758 7674**

WITNESSETH THAT: The Seller agrees to sell and Purchaser agrees to buy the following described Interment Rights, Merchandise and Services.
☐ Developed  ☐ Predeveloped  ☐ Lot  ☐ Lawn Crypt  ☐ Mausoleum  ☐ Niche  ☐ Other _____
Description of Interment Rights: _____

| No. | INTERMENT RIGHTS, MERCHANDISE AND SERVICES | | | |
|---|---|---|---|---|
| | Interment Rights (inc. $_____ E.C.F.) $_____ | | Less: Down Payment Cash | ($ 1480 ) |
| | Lawn Crypt | | Credit For | ( _____ ) |
| | Memorialization-Type _____ | | (b) Total Down Payment | ($ 1480 ) |
| | Size _____ Design _____ | | Unpaid Balance of Cash Price | 0 |
| | Memorial Base-Type _____ | | (c) Amount Financed | 0 |
| | Size _____ Color _____ | | (d) Finance Charge | 0 |
| | Memorial Endowment Care | | (e) Credit Life Insurance | — |
| | Memorial Installation/Inspection Fee | | (f) Total of Payments | 1480 |
| | Outer Burial Container | | (g) Deferred Payment Price | $ 1480 |
| | Casket | | | |
| 4 | Interment and Recording Fee | 1480 | Remarks: | |
| | Processing Fee | | | |
| | Other _____ | | | |
| | Travel Protection Plan (see below) | | | |
| | Sales Tax | | | |
| | (a) Total Cash Price (Including Sales Tax) | $ 1480 | | |

The Travel Protection Plan being purchased hereunder is a product provided by World Access Corporation, not by the cemetery identified above. World Access Corporation is not owned by or affiliated with such cemetery, and that cemetery shall have no responsibility for the performance of the services associated with the Travel Protection Plan. The Purchaser will be required to enter into a separate contract with World Access Corporation pertaining to Travel Protection Plan. That plan has been referenced in this Agreement and included in the purchase price above solely for the convenience of the Purchaser in making payments.

ITEMIZATION OF AMOUNT FINANCED: $ _____ shall be credited to your account with the Seller for the Interment Rights, Merchandise and Services the Seller is providing to you (this amount is equal to the Total Cash Price less your down payment, if any).

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1480 (b) |
|---|---|---|---|---|
| _____ % | (d) $ _____ | (e) $ _____ | (f) $ 1480 | (a+d+e) $ 1480 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| One | $ | Beginning |

**PAID IN FULL**

INSURANCE: Credit life insurance is not required to obtain credit and will not be provided unless you sign or initial the appropriate box and agree to pay the additional cost.
Credit Life Premium Cost  ☐ Individual  ☐ Joint
**N/A**    I want credit life insurance.  ☐ YES  ☐ NO  (Purchaser to initial applicable box)
           I want credit life insurance.  ☐ YES  ☐ NO  (Purchaser to initial applicable box)

Prepayment: If you pay off early, you will be entitled to a rebate of all or part of the Finance Charge.
Security: You are giving a security interest in the goods and property being purchased.
Late Charges: If full payment is not made within 10 days after it is due, you will be charged $5.00 or 5% of such payment, whichever is less.
Other Provisions: See this Agreement for any additional information about nonpayment, default, any required repayment in full (exclusive of unearned finance charges) before the scheduled date, and prepayment rebates and penalties.

If accepted by Seller, the parties hereto agree to the following terms and conditions:

1. Having first been quoted both a Total Cash Price and a Total Sale Price for the items described above, and for value received, the undersigned Purchaser jointly and severally, if more than one, promises to pay to the order of Seller, at its address shown above, the amount identified above as the Total of Payments in accordance with the payment schedule dates set out above.
2. TITLE: Seller will retain title to said Interment Rights and Merchandise until the Total Sale Price has been paid by Purchaser to Seller.
3. Purchaser agrees that all rights conveyed under this Agreement are subject to, and Purchaser agrees to at all times comply with, the present (and as may hereafter be adopted, amended or altered) Rules, Regulations and Bylaws of Seller, which are available for examination in Seller's office.
4. PREPAYMENT: Upon prepayment in full, whether voluntarily or upon acceleration by reason of Purchaser's default and payment in full or judgment being entered against Purchaser for the unpaid balance, Purchaser shall receive a rebate of any unearned Finance Charge computed in accordance with the Actuarial method. If the Total Sale Price is paid within 12 months of the date of this Agreement, or on or before its maturity if it matures in less than 12 months, Purchaser will be entitled to a full rebate of any Finance Charge.
5. Unless otherwise specifically provided herein, a charge for opening and closing the interment space and applicable cemetery document recording (herein referred to as "Interment and Recording"), is not included in the Total Cash Price set forth herein, and there will be an added charge for this service at the time of need. If the Interment and Recording is purchased hereunder, the price for said service set forth herein reflects normal work hour and weekday rates. There will be an additional charge if the service is provided weekends, holidays, and/or after normal work hours.
6. Upon payment of the Total Sale Price by the Purchaser, the Seller agrees to convey the above-described Interment Rights by issuance of a Certificate of Interment Rights to the person(s) designated below:

NAME **Mr. Willie L. Rice**               NAME **Mrs. Juanita R. Rice**
ADDRESS **4351 - 27th Place**             ADDRESS **4351 - 27th Place**
CITY **Tuscaloosa   AL**                  CITY **Tuscaloosa   AL**

Caution – It is important that you thoroughly read the Contract before you sign it. Do not sign this Contract if it contains any blank spaces. You are entitled to an exact copy of the Contract you sign. Under the law, you have the right to pay in advance the full amount due and under certain conditions may obtain a partial refund of the Finance Charge. Keep a copy of this Contract to protect your legal rights.

Purchaser Hereby Acknowledges That This Contract Was Completed As To All Essential Provisions Before It Was Signed By Purchaser And A Copy Thereof Was Delivered To Purchaser At The Time This Contract Was Signed.

Time **3:20**  ☐ AM ☒ PM  Source _____    Seller (Creditor):    **CEDAR OAK MEMORIAL PARK**

Description of Interment Rights: _____

| No. | INTERMENT RIGHTS, MERCHANDISE AND SERVICES | | |
|---|---|---|---|
| | Interment Rights (inc. $_____ E.C.F.) $_____ | Less: | |
| | Lawn Crypt........................... | Down Payment Cash.................. ($ 1480 ) | |
| | Memorialization-Type_____ | Credit For_____ ( ) | |
| | Size_____ Design_____ | (b) Total Down Payment ............... ($ 1480 ) | |
| | Memorial Base-Type_____ | Unpaid Balance of Cash Price ........... 0 | |
| | Size_____ Color_____ | (c) Amount Financed .................. 0 | |
| | Memorial Endowment Care .......... | (d) Finance Charge .................. 0 | |
| | Memorial Installation/Inspection Fee........ | (e) Credit Life Insurance.............. | |
| | Outer Burial Container ............... | (f) Total of Payments ................ 1480 | |
| | Casket ........................ | (g) Deferred Payment Price ............ $ 1480 | |
| 4 | Interment and Recording Fee ......... 1480 | Remarks: | |
| | Processing Fee ................. | | |
| | Other_____ | | |
| | Travel Protection Plan (see below) ......... | | |
| | Sales Tax .................... | | |
| | (a) Total Cash Price (Including Sales Tax) ... $ 1480 | | |

The Travel Protection Plan being purchased hereunder is a product provided by World Access Corporation, not by the cemetery identified above. World Access Corporation is not owned by or affiliated with such cemetery, and that cemetery shall have no responsibility for the performance of the services associated with the Travel Protection Plan. The Purchaser will be required to enter into a separate contract with World Access Corporation pertaining to Travel Protection Plan. That plan has been referenced in this Agreement and included in the purchase price above solely for the convenience of the Purchaser in making payments.

ITEMIZATION OF AMOUNT FINANCED: $_____ shall be credited to your account with the Seller for the Interment Rights, Merchandise and Services the Seller is providing to you (this amount is equal to the Total Cash Price less your down payment, if any).

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1480 (b) |
|---|---|---|---|---|
| ___ % | (d) $ ___ | (e) $ ___ | (f) $ 1480 | (a+d+e) $ 1480 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due Beginning |
|---|---|---|
| One | $ PAID IN FULL | |

INSURANCE: Credit life insurance is not required to obtain credit and will not be provided unless you sign or initial the appropriate box and agree to pay the additional cost.

Credit Life Premium Cost  ☐ Individual  ☐ Joint
N/A                I want credit life insurance.  ☐ YES  ☐ NO  (Purchaser to initial applicable box)
                   I want credit life insurance.  ☐ YES  ☐ NO  (Purchaser to initial applicable box)

Prepayment: If you pay off early, you will be entitled to a rebate of all or part of the Finance Charge.
Security: You are giving a security interest in the goods and property being purchased.
Late Charges: If full payment is not made within 10 days after it is due, you will be charged $5.00 or 5% of such payment, whichever is less.
Other Provisions: See this Agreement for any additional information about nonpayment, default, any required repayment in full (exclusive of unearned finance charges) before the scheduled date, and prepayment rebates and penalties.

If accepted by Seller, the parties hereto agree to the following terms and conditions:

1. Having first been quoted both a Total Cash Price and a Total Sale Price for the items described above, and for value received, the undersigned Purchaser jointly and severally, if more than one, promises to pay to the order of Seller, at its address shown above, the amount identified above as the Total of Payments in accordance with the payment schedule dates set out above.
2. TITLE: Seller will retain title to said Interment Rights and Merchandise until the Total Sale Price has been paid by Purchaser to Seller.
3. Purchaser agrees that all rights conveyed under this Agreement are subject to, and Purchaser agrees to at all times comply with, the present (and as may hereafter be adopted, amended or altered) Rules, Regulations and Bylaws of Seller, which are available for examination in Seller's office.
4. PREPAYMENT: Upon prepayment in full, whether voluntarily or upon acceleration by reason of Purchaser's default and payment in full or judgment being entered against Purchaser for the unpaid balance, Purchaser shall receive a rebate of any unearned Finance Charge computed in accordance with the Actuarial method. If the Total Sale Price is paid within 12 months of the date of this Agreement, or on or before its maturity if it matures in less than 12 months, Purchaser will be entitled to a full rebate of any Finance Charge.
5. Unless otherwise specifically provided herein, a charge for opening and closing the interment space and applicable cemetery document recording (herein referred to as "Interment and Recording"), is not included in the Total Cash Price set forth herein, and there will be an added charge for this service at the time of need. If the Interment and Recording is purchased hereunder, the price for said service set forth herein reflects normal work hour and weekday rates. There will be an additional charge if the service is provided weekends, holidays, and/or after normal work hours.
6. Upon payment of the Total Sale Price by the Purchaser, the Seller agrees to convey the above-described Interment Rights by issuance of a Certificate of Interment Rights to the person(s) designated below:

NAME Mr. Willie L. Rice          NAME Mrs. Juanita R. Rice
ADDRESS 4351-27th PLACE          ADDRESS 4351-27th Place
CITY Tuscaloosa AL               CITY Tuscaloosa AL

Caution — It is important that you thoroughly read the Contract before you sign it. Do not sign this Contract if it contains any blank spaces. You are entitled to an exact copy of the Contract you sign. Under the law, you have the right to pay in advance the full amount due and under certain conditions may obtain a partial refund of the Finance Charge. Keep a copy of this Contract to protect your legal rights.

Purchaser Hereby Acknowledges That This Contract Was Completed As To All Essential Provisions Before It Was Signed By Purchaser And A Copy Thereof Was Delivered To Purchaser At The Time This Contract Was Signed.

Time 3:20  ☐ AM ☒ PM  Source_____   Seller (Creditor): CEDAR OAK MEMORIAL PARK
Signed this 29 day of September, 19 97
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Purchaser Willie L. Rice  4/9/47 (Date of Birth)
S.S.N 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  ☒ Male ☐ Female   Accepted By:_____
Co-Purchaser Juanita Rice  11/18/48 (Date of Birth)   Counselor Mattie Hardy 2

*Under penalties of perjury, the Purchaser represents and warrants that the Social Security number shown on this Agreement is his or her correct identification number and that he or she is not subject to federal backup withholding or any order from the Internal Revenue Service that would require special reporting to the IRS by Seller.

If This Sale Was Solicited And Your Agreement To Purchase Was Made At A Place Other Than The Seller's Place of Business: YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

## AGREEMENT AND DISCLOSURE STATEMENT

THIS AGREEMENT MADE THIS **16** day of **June**, 19 **92**, between **Cedar Oak Memorial Park** _____, Alabama, hereinafter called COMPANY AND **Mr. and Mrs. Willie F. Rice** OF **4352 27th Place, Tuscaloosa, AL 35401** PHONE **758-7674**

HEREINAFTER CALLED "Purchaser" WITNESSETH THAT: The purchaser agrees to purchase from Company, in accordance with terms hereof, the items and/or interment space(s) for the exclusive right of interment of members of the human race, and/or services hereinafter enumerated and designated, for which the purchaser agrees to pay the Company the sum of $_____ plus interest on any unpaid balance. It is expressly agreed that all payments will be applied specifically first against interest and then against the purchase price of the first item hereinafter specified until the price of such items has been paid in full, and subsequent payments will be applied against the purchase price of each succeeding item until such item is paid in full.

THE ITEMS COVERED HEREBY ARE **376 Section 5** _____ **1-2** _____
**Two** Interment Spaces, Garden **383 Section 5** Lot _____ Space **3-4** _____ Price $ **1440.00**
**Two** Burial Vaults **Concrete Vaults** _____ Price $ **990.00**
3. Bronze Memorialization/Monument **36 X 10 Marble With Vase** _____ Price $ **945.00**
4. ___ Mausoleum Crypt ☐ Niche ☐ Bldg ___ Wall ___ Tier ___ Crypt _____ Price $ _____
5. ___ Interment Fee/Entombment Fee(s) _____ Price $ _____
6. ___ Perpetual Care _____ Price $ _____
7. ___ Lawn Crypts Garden _____ Lot _____ Space _____ Price $ _____
8. Family Protection/Other _____ Price $ _____
Total _____ Price $ **3375.00**
Down Payment _____ Price $ **340.00**
Balance _____ Price $ **3035.00**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. | TOTAL SALE PRICE The total cost of your purchase on credit, including your down payment of $ **340.80** |
|---|---|---|---|---|
| **6** % | $ **484.60** | $ **3,035.00** | $ **3,519.60** | $ **3,859.60** |

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| **60** | $ **58.66** | **July 30, 1992** |

Security: You are giving a security interest in the merchandise, interment rights, and services being purchased.
Prepayment: If you pay off early, you will not have to pay a penalty and you may be entitled to a refund of part of the finance charge.

See other side for for terms and provisions which are part of this contract.

LATE PAYMENT: If a payment is late, you will be charged $.50 or 5% of the payment, whichever is greater. In addition, Company has the right to collect from you reasonable attorney's fees and expenses incurred in collecting payment or otherwise enforcing this Agreement.

☐ FAMILY  ☐ INDIVIDUAL  ☑ COMPANION

Bronze Memorialization

Design & No. _____
Size **36 X 10** Base **Granite**
Vase **With Vase**
Emblems X _____
XX _____
XXX _____

_____ Scroll to be furnished with memorial. Memorial to be drilled and tapped for later addition of _____ Scroll. Price includes scrolls (Yes or No) _____

### SPECIAL PROTECTIVE PROVISIONS

If the purchaser or purchasers are under 65 years of age and are in good health at the time of signing of this contract, the company offers the following special protective provisions to you. (If the death certificate discloses a pre-existing condition, as the cause of death, it shall be conclusively presumed the purchaser was not in good health)

(1) Should the purchaser die before the contract or note is paid in full, the note shall be marked "paid in full" if the following conditions are met.
(A) 20% of the purchase price is paid in cash at time of purchase
(B) If less than 20%, but not less than 10%, of the purchase price is paid at the time of purchase, the note shall be paid in full only when the purchaser first signing the note (first line) shall die.
(C) The above described special protective provisions will not be in force should purchasers' account be more than thirty (30) days delinquent at time of death, or if death is caused by suicide.
(D) Should this Agreement provide for part of the purchase price to be deferred until time of death, said "deferred payment" will not be included in the above Special Protective Provisions.
(E) That interment is made in above named cemetery.

Purchaser Agrees That He Or She Or They Has Or Have Read This Agreement And Understand The Terms And Conditions And That There Are No Conditions Or Representations Made Other Than Those Contained Herein.
This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the parties hereto
YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FORM FOR AN EXPLANATION OF THIS RIGHT.

WITNESS: 1. By **Willie F. Rice** (SEAL)  2. By **Juanita R. Rice** (SEAL)
                    Purchaser                                    Spouse
**Brooks Campbell** Date of Birth **5-9-47** Health **Good**   Date of Birth **10-18-46** Health **Good**
Representative
Make deed as follows:  Social Security No. **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**  Social Security No. _____

**WILLIE L. RICE**                    ACCEPTED: _____
**JUANITA R. RICE**                           Cemetery
(Please Print)                       By _____
                                           Officer

Cedar Oak Memorial Park, Inc.           Call 345-1339
P.O. Box 70126                               FOR
1401 Mimosa Park Road                   Garden Spaces
Tuscaloosa, Al. 35407                   Vaults
                                        Memorials
                                        Mausoleum

Juanita R. Rice
4351 27th Place
Tuscaloosa, Al. 35401

Dear Ms. Rice:

    Please come by your Cedar Oak Office and pick up your Certificate of Ownership.

    This completes your pre-arrangements with us except for your interment fee. You could freeze the price of your Opening and Closing by sending your check for $370 today to Cedar Oak Memorial Park, Inc. at the above address.

    Once you have paid this fee the price is frozen and your family does not have to worry about price increases or pay any more.

    We would provide you with receipts and papers showing your interment fee paid. If you have any questions about this please come by the office or call me if you want us to visit your home.

                          Respectfully,

                          Larry Davis,
                          Manager

P.S. Please encourage your family to purchase Vaults and Head Stones direct from your Cemetery. We depend on these sales to keep the beautiful gardens looking nice for your family.

## CEDAR OAK MEMORIAL PARK
P.O. Box 5824 • Tuscaloosa, AL 35405 • 205/345-1339

### CERTIFICATE OF INTERMENT RIGHTS  N⁰ 400044

COUNTY OF: __TUSCALOOSA__

*KNOW ALL MEN BY THESE PRESENTS:*

That the undersigned, the Grantor, a corporation, fully qualified and authorized to transact business in the above-mentioned state, in consideration of payment of the full purchase price, receipt of which is hereby acknowledged, does hereby grant and convey unto

__Willie L. & Juanita R. Rice__

as Grantee, for interment purposes only, subject to the conditions, reservations, and restrictions set forth herein, and the Rules and Regulations and By-Laws of Grantor now existing or which may be hereafter adopted, altered or amended, the following interment rights situated in the above-named cemetery, described as

__Section 5, Lot 376, Space 1,2 & Section 5, Lot 383 Sp. 3&4__
according to a map of the said cemetery located in the office of the above-named cemetery.

That this conveyance, and all right, title and interest hereby conveyed in the interment rights above described, is subject to all governing laws and ordinances, and to the following conditions, reservations and restrictions. By acceptance hereof, the Grantee covenants and agrees that:

(a) No transfer, conveyance or assignment of any interest or rights acquired by Grantee shall be valid without the written consent of Grantor and being thereafter recorded on its books.

(b) No inscription, alteration or ornamentation, monument or other memorial, tree, plants, objects or embellishments of any kind shall be placed upon, altered or removed from any property associated with the above-described interment rights by the Grantee without the written consent of Grantor. All grading, landscape work and improvements of any kind, and all care on any property associated with the above-described interment rights, shall be done, all trees and plants of any kind shall be planted, trimmed or removed, and all interments, disinterments and removals shall be made only by Grantor. All interments shall be made subject to the use of the type of outer burial container as shall be designated by Grantor in its Rules and Regulations.

(c) Grantor, at the expense of Grantee and as a charge against the above-described interment rights, may repair or remove any monument or other memorial which is improper or offensive or which has become dangerous or dilapidated; and may remove any tree, flower or plant, or other object or embellishment that becomes unsightly or dangerous.

(d) Grantor shall not be liable for loss or damage caused by an act of God, common enemy, thieves, vandals, strikers, malicious mischief makers, unavoidable accidents, riot or order of military or civil authority, or other acts or events beyond Grantor's control.

(e) The enumeration herein of certain conditions, reservations and restrictions shall not be considered as the only limitations, but the Grantee's interest and rights shall be limited by and subject to the Rules and Regulations and By-Laws of Grantor now existing or which may be by it hereafter adopted either by amendment, alteration or the adoption of new Rules and Regulations and By-Laws. These Rules and Regulations and By-Laws are on file for inspection in Grantor's office and are specifically referred to and incorporated herein as if set forth in full.

(f) The Grantor agrees to provide endowment care as required by applicable law and as defined in its Rules and Regulations, without further charge.

(g) In the event this certificate is issued prior to the time the property associated with the within-described interment rights has been developed, the Grantor may, with the consent of Grantee, and at no increase in price, permanently transfer Grantee's interment rights to reasonably comparable developed interment property, or temporarily transfer such rights to reasonably comparable interment property until such time as construction is completed.

All the above conditions, reservations and restrictions are binding upon Grantee, and Grantee's heirs, devisees, executors, administrators and assigns, and are enforceable only by Grantor or its successors in interest. Nothing herein contained shall be deemed to restrict the use of any portion of the cemetery other than that herein conveyed to Grantee.

IN WITNESS WHEREOF, Grantor has caused this instrument to be executed in its name by its duly authorized representative this __28th__ day of __July__, 19 __97__.

CEDAR OAK MEMORIAL PARK

BY: _____
Authorized Representative

FORM 410 Rev. 1/94

Case 14-70576-JHH11    Doc 470    Filed 04/04/19    Entered 04/04/19 14:01:05    Desc
Main Document    Page 7 of 9



## Certificate Of Ownership

CEDAR OAK MEMORIAL PARK, INC.

In accordance with the obligations of Cedar Oak Memorial Park, Inc. under the Purchase Agreement No. as shown below, Cedar Oak Memorial Park, does hereby agree to furnish the following burial service and / or merchandise: **(4) Pre-Paid Opening & Closing Fees.**

That said service or merchandise shall be delivered on demand at said cemetery to the Purchaser and this certificate is evidence of payment in full for said service or merchandise. This certificate may be assigned with the approval of Cedar Oak Memorial Park and any assignment must be approved and recorded upon the books and records of the said cemetery.

Dated this __30th__ day of __September__, 19__97__.

Purchase Agreement Number __100263__       Name __Willie L. Rice__
                                                   Purchaser

Cedar Oak Memorial Park, Inc.               __Juanita R. Rice__
_Melanie R. Davis_                                 Co-Purchaser
Its Authorized Representative               Street __4351 27th Pl.__

Witness as to Buyer                         City __Tuscaloosa__   Phone __758-7674__

Beneficiary                                 Business _____ Phone _____

Case 14-70576-JHH11    Doc 470    Filed 04/04/19    Entered 04/04/19 14:01:05    Desc
Main Document    Page 8 of 9



## Certificate Of Ownership
### CEDAR OAK MEMORIAL PARK, INC.

In accordance with the obligations of Cedar Oak Memorial Park, Inc. under the Purchase Agreement No. as shown below, Cedar Oak Memorial Park, does hereby agree to furnish the following burial service and/or merchandise: **(2) Silver Concrete Vaults and (1) 36 X 10 Bronze w/v**

That said service or merchandise shall be delivered on demand at said cemetery to the Purchaser and this certificate is evidence of payment in full for said service or merchandise. This certificate may be assigned with the approval of Cedar Oak Memorial Park and any assignment must be approved and recorded upon the books and records of the said cemetery.

Dated this __28th__ day of __July__, 19__97__.

Purchase Agreement Number __1388__

Cedar Oak Memorial Park, Inc.
_(signature)_
Its Authorized Representative

Witness as to Buyer _____

Beneficiary _____

Name __Willie L. Rice__
Purchaser
__Juanita R. Rice__
Co-Purchaser
Street __4351 27th Place__
City __Tuscaloosa__ Phone __758-7674__
Business _____ Phone _____