March 26, 2019

United States Bankruptcy Court
Clerk's Office
2005 University Blvd, Room 2300
Tuscaloosa, AL 35401

Dear the Honorable Jennifer H. Henderson:

This is to inform you that I object to the dismissal of the bankruptcy of Cedar Oak Memorial Park (case #BK14-70576-JHH Chapter 11). I object because I purchased a gravesite, an opening and closing, and a vault at the fair market value. I purchased these items in good faith and expected to have them delivered at the time of death. It will cause an extreme hardship if I have to repay for these items. Therefore, I object to your dismissing the case.

Sincerely,

*Mrs. Ethel P. Taylor*